**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**XIOMAR JAVIER MONTILLA
GRATEROL,**

      **Petitioner,**

**v.**                             **Case No.  4:26-cv-165-TKW-MAF**

**IMMIGRATION AND CUSTOMS
ENFORCEMENT, et al.,**

      **Respondents.**

                                    /

## <u>ORDER</u>

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 15).  No objections were filed.

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that this §2241 habeas case is duplicative of Case No. 4:26-cv-167.  The case is also moot because Petitioner has been released from ICE custody on bond.  *See* Case No. 4:26-cv-167, ECF Nos. 15, 15-1, 15-2, 16.

Accordingly, it is **ORDERED** that:

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.      This case is **DISMISSED** because it is duplicative of Case No. 4:26-cv-167 and moot.

3.      The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE AND ORDERED** this 18th day of June, 2026.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**